UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JASON A. KING | * | CIVIL ACTION NO. 14-0805 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Commissioner's decision is AFFIRMED, in its entirety, and this matter is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 21st day of May, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE